**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**
**[Filed Electronically]**

| | |
|---|---|
| JANICE SWEET, As Personal Representative and Administrator of the Estate of Christopher Sweet, and Next Friend to the Minor Children H.N.S. and A.A.S ) ) ) ) ) | |
| PLAINTIFFS ) | Case No. 4:19-cv-00009-TWP-DML |
| v. ) ) | |
| SHERIFF JAMEY NOEL, Clark County Sheriff's Dept., MICHAEL HAMMOND, Clark County Sheriff's Dept., MICHAEL LOONEY, Clark County Sheriff's Dept., CHARLESTOWN PRIMARY CARE, LLC, and WILLIAM HOKE, M.D. ) | |
| DEFENDANTS | |

\*\*\* \*\*\* \*\*\*

**AGREED ORDER OF VOLUNTARY DISMISSAL**

The Plaintiff, Janice Sweet, As Personal Representative and Administrator of the Estate of Christopher Sweet, and Next Friend to the minor Children H.N.S. and A.A.S., and Defendants, Charlestown Primary Care, LLC and William Hoke, M.D., by counsel, having advised the Court that this matter has been resolved between them and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants, Charlestown Primary Care, LLC and William Hoke, M.D be and hereby are DISMISSED with prejudice.

IT IS FURTHER ORDERED that the claims against the remaining defendants are unaffected by this Order.

Date: 8/27/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

SEEN AND AGREED TO:

/s/ Laura E. Landenwich
Laura E. Landenwich
Adams, Landenwich, Walton, PLLC
517 W. Ormsby Ave.
Louisville, KY 40203
Laura@justiceky.com
*Counsel for Plaintiff*

/s/ Tracy S. Prewitt
Tracy S. Prewitt
O'BRYAN, BROWN & TONER, PLLC
401 S. Fourth Street, Ste., 2200
Louisville, KY 40202
*Counsel for Defendants,*
*Charlestown Primary Care, LLC and William Hoke, MD*

DISTRIBUTION TO:

All ECF-registered counsel of record via email generated by the Court's ECF system.