UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*Electronically Filed*

JANICE SWEET,
As Personal Representative and
Administrator of the Estate of
CHRISTOPHER SWEET, and Next Friend
to the Minor Children H.N.S. and A.A.S.,

    Plaintiff

v.

                                            CASE NO.:   4:19-cv-00009-TWP-DML

SHERIFF JAMEY NOEL,
CLARK COUNTY SHERIFF'S DEPT.,
CHARLESTOWN PRIMARY CARE, LLC,
WILLIAM HOKE, M.D., et al.,

    Defendants

## ORDER OF DISMISSAL

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that all claims in this cause have been fully resolved, the Court now APPROVES the parties' Stipulation of Dismissal, and,

IT IS HEREBY ORDERED by the Court that this cause be and the same hereby is DISMISSED as to all claims, with prejudice, the parties to pay their own costs, expenses and attorney fees.

Date: 5/14/2021

                                                                  _____
                                                           Hon. Tanya Walton Pratt, Chief Judge
                                                           United States District Court
                                                           Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF